# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br>vs.<br><br>DAMIAN NORIEGA<br>                       Defendant. | CASE NO. 95 CR 2205 JM<br><br>ORDER DENYING MOTION TO REQUEST DISPOSITION OF UNTRIED CHARGES TO BE RUN CONCURRENT WITH STATE TIME |

      On August 28, 2006, nunc pro tunc, defendant filed the instant motion requesting that any sentence on his untried federal charges be served concurrently with his present state sentence. On November 16, 2005, this court had issued a warrant for defendant's arrest for violation of supervised release. Defendant is currently incarcerated at Chuckawalla Valley State Prison in Blythe, California. He states that his minimum release date is November 26, 2009.

      The court construes the motion as an offer to plead guilty to violation of supervised release and for imposition of sentence in absentia. However, defendant is not presently in federal custody and therefore Rule 32.1 of the Federal Rules of Criminal Procedure does not apply to him. In addition, defendant cannot demonstrate any prejudice if a revocation hearing is conducted after he completes his state sentence because the delay in the revocation hearing is due solely to his own conduct. See United States v. Wickham, 618 F.2d 1307 (9th Cir. 1979).

For these reasons, the court DENIES the motion. Finally, from the record it appears that defendant may not have served plaintiff with notice of this motion. However, in light of the court's decision, plaintiff has suffered no prejudice from this procedural defect.

**IT IS SO ORDERED.**

DATED: September 29, 2006

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties

95cr2205